# IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| Esteban Velazquez Ramirez,<br><br>Petitioner,<br><br>Vs.<br><br>DHS/ICE and DOJ,<br><br>Respondents. | Case No. 25-cv-140-CJW-MAR<br><br>Petition for Writ of Mandamus. |

Petitioner Esteban Velazquez Ramirez, Pro se, requests: 1) That the Immigration and Customs Enforcement immediately execute the Petitioners "Federal Detainer" for removal from the United States, in accordance with the new "Executive Order" signed by President Donald J. Trump.

And in support states the following:

1) Petitioner is a National of the country of Mexico and is an illegal alien.
2) Petitioner came illegally into the United States in 2000, and was convicted by an Iowa jury of felony crimes in the state of Iowa in 2003. Case No. **State of Iowa Vs. Esteban Velazquez Ramirez FECR058251.**
3) Upon intake with the Iowa Department of Corrections, ICE agents visited Petitioner at the Anamosa State Penitentiary in Anamosa, Iowa. Where the Petitioner signed the voluntary deportation documents on file with DHS/ICE. Immigration Detainer File No. **A079021126.**
4) Currently, Petitioner is still incarcerated with the Iowa Department of Corrections, and is located at the Anamosa State Prison in Anamosa, Iowa - 406 North High Street - Anamosa, Iowa 52205.
5) On January 20, 2025 President Donald J. Trump signed an "Executive Order" directing DHS/ICE agents to locate and remove all criminal illegal aliens located in the United States.

1

6) Petitioner has been declared a burden to the American taxpayers by the Trump administration. The continued incarceration of the Petitioner in the United States significantly burdens the American taxpayers. The Petitioner is 46 years old and the costs associated with aging and health problems will only increase the taxpayers burden. By returning the Petitioner back to his country of origin, costs to American taxpayers can be focused on lawful citizens.

7) In January 22, 2025 Iowa Governor Kim Reynolds sent out an official "MEMO" to all of the Iowa Department of Corrections facilities directing them to assist and not to resist the Immigration and Customs Enforcement Agency when they show up to any institution to take custody of any illegal criminal alien, but to turn them over to DHS/ICE at their request. This official "MEMO" was sent to all staff in the IDOC and was posted on Iowa's government site where it is still posted.

8) A Federal District Court may grant a "Writ of Mandamus" only in extraordinary situations and only if **1)** the Petitioner can establish a clear and indisputable Right to the relief sought and **2)** the defendant has a nondiscretionary duty to honor that Right and **3)** the Petitioner has no other adequate remedy, **SDDS Inc. Vs. South Dakota (In re SDDS Inc.) 97 F.3d 1030, 1034 (8th Cir 1996).**

9) Under the "All Writs Clause" of the Constitution and **28 U.S.C. 1361** "The District Courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

10) Petitioner, through President Donald Trump's "Executive Order" – being an illegal criminal alien – has the Right to be deported from the United States under "Federal Law" and not be further detained without Due Process.

11) Agents of the United States (ICE, Homeland Security) have the "Indisputable Duty" to honor President Donald Trump's "Executive Order" under

2